**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-2203**

———————

WILSON OCHAR,

Plaintiff - Appellant,

v.

APPLE FEDERAL CREDIT UNION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:24-cv-00757-CMH-WBP)

———————

Submitted:  February 27, 2026                          Decided:  March 4, 2026

———————

Before KING and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Wilson Ochar, Appellant Pro Se.  Andrew Joseph Smith, BERENZWEIG LEONARD, LLP, McLean, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilson Ochar appeals the district court's orders dismissing his civil action and denying his Fed. R. Civ. P. 59(e) motion to amend the judgment.* On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Ochar's informal brief does not challenge the bases for the district court's dispositions, he has forfeited appellate review of the court's orders. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

Ochar also appeals the district court's imposition of a prefiling injunction. We have reviewed the record and discern no abuse of discretion. *See Cromer v. Kraft Foods N. Am., Inc.*, 390 F.3d 812, 817 (4th Cir. 2004) (providing standard of review).

Accordingly, we affirm the district court's orders and the prefiling injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Ochar moves to consolidate his multiple appeals, to expedite decision, and to recuse the district judge and the magistrate judge. We deny these motions.